UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAND JURY PROCEEDINGS, *et. al.* | Case No. 21-gj-00048-BAH<br><br>**<u>UNDER SEAL</u>** |

**DEPARTMENT OF JUSTICE'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE APPLICATION**

The Department of Justice moves to extend the time to respond to the Application of Giorgi Rtskhiladze for Access to His Grant Jury Transcript in the Investigation into Russian Interference in the 2016 Presidential Election ("Application"), in order to allow time for Government Counsel to review the requested materials. *See* ECF No. __ (Nov. 2, 2021).

1. Petitioner Giorgi Rtskhiladze seeks to review "his grand jury transcript and all written answers to questions and requests for clarification provided by him to the special prosecutors." *See* Application at 4. The Court ordered that the government respond to the application by November 15, 2021 and for the applicant to submit any reply by November 22, 2021. *See* Minute Order (Oct. 28, 2021).

2. In parallel with filing this motion, the Government has moved for Government Counsel's Access to Grand Jury Materials Pursuant to Federal Criminal Rule 6(e)(3)(E)(i). *See* ECF No. __ (Nov. 9, 2021). That motion explains that the counsel assigned to respond to the Application requires access to the grand jury materials to assess the Department's interest in protecting the secrecy of the grand jury information. *Id.*

3. Additionally, undersigned counsel will be moving onto a temporary assignment at another agency in mid-November and may have to transition responsibility in this case to another attorney.

4. A fourteen (14) day extension following the disposition of the pending motion allows Government counsel time to review the grand jury materials, if permitted by the Court, and prepare a response. Accordingly, the applicant's reply should be extended to seven (7) days after the

Government's response.

5.     In accordance with Local Rule 7(m), undersigned counsel conferred with applicant's counsel via email, and he is unopposed to this motion.

For these reasons and good cause shown, the Department of Justice respectfully requests an extension of time to respond to the application to fourteen (14) days after the Court reaches a decision on is motion for Government Counsel's Access to Grand Jury Materials Pursuant to Federal Criminal Rule 6(e)(3)(E)(i).  A proposed order is attached.

Dated: November 9, 2021                                       Respectfully submitted,

                                                              BRIAN M. BOYNTON
                                                              Acting Assistant Attorney General
                                                              Civil Division

                                                              ELIZABETH J. SHAPIRO
                                                              Deputy Branch Director
                                                              Federal Programs Branch

                                                              BRIGHAM J. BOWEN
                                                              Assistant Branch Director
                                                              Federal Programs Branch

                                                              /s/ Rebecca Cutri-Kohart
                                                              REBECCA CUTRI-KOHART
                                                              D.C. Bar No. 1049030
                                                              Trial Attorney
                                                              U.S. Department of Justice
                                                              Civil Division, Federal Programs Branch
                                                              1100 L Street, N.W. Washington, D.C. 20530
                                                              Telephone: (202) 514-0265
                                                              Facsimile: (202) 616-8460
                                                              E-mail: rebecca.cutri-kohart@usdoj.gov

                                                              *Counsel for the United States*