UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GRAND JURY PROCEEDINGS, *et. al.*

Case No. 21-gj-00048-BAH

**UNDER SEAL**

**[PROPOSED] ORDER**

Upon consideration of Department of Justice's Unopposed Motion for an Extension of Time to Respond to the Application of Giorgi Rtskhiladze for Access to His Grant Jury Transcript in the Investigation into Russian Interference in the 2016 Presidential Election, the motion is GRANTED. It is ORDERED that: (1) By fourteen (14) days after the Court issues its decision on Government Counsel's Motion for Access to Grand Jury Materials, the Department of Justice shall submit its response to the Application; and (2) by seven (7) days after the Department of Justice responds, applicant will submit any reply in support of the Application.

Date: _____                         _____
                                                                 Hon. Beryl A. Howell
                                                                 United States Chief District Judge