UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAND JURY PROCEEDINGS, et. al., | Case No. 21-gj-00048-BAH <br><br> **UNDER SEAL** |

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Rebecca M. Cutri-Kohart, Civil Division, United States Department of Justice, enters her appearance in this case as counsel on behalf of the United States.

Dated: November 15, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

/s/ *Rebecca Cutri-Kohart*
REBECCA CUTRI-KOHART
D.C. Bar No. 1049030
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W. Washington, D.C. 20530
Telephone: (202) 514-0265
Facsimile: (202) 616-8460
E-mail: rebecca.cutri-kohart@usdoj.gov

*Counsel for the United States*

1