IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEALED, | ) |
| | ) |
| v. | ) No. 1:21-gj-00048 (BAH) (SEALED) |
| | ) |
| SEALED. | ) |
| | ) |

**APPLICANT:**   Giorgi Rtskhiladze
　　　　　　　　32 Old Bethel Road
　　　　　　　　Newtown, CT 06470

**RELATED CASE:**   *Rtskhiladze v. Mueller, et al.*, No. 1:20-cv-1591 (CRC)

### MOTION OF GIORGI RTSKHILADZE
### FOR PERMISSION TO TAKE NOTES DURING THE
### REVIEW OF THE TRANSCRIPT OF HIS GRAND JURY TESTIMONY

Applicant, Giorgi Rtskhiladze, hereby respectfully requests that he and his counsel be permitted to take notes during the review of his grand jury testimony given in connection with Special Counsel Mueller's investigation into Russian interference in the 2016 presidential election. On December 9, 2021, the Court granted the application. The Department of Justice has informed the Applicant that neither he nor his counsel will be permitted to take notes during the review. Granting permission to take notes during the review is within the sound discretion of the Court. *In re Grand Jury*, 490 F.3d 978, 990 (D.C. Cir. 2007).

Applicant testified for over five hours before the grand jury. Without the ability to take notes, there would be little point in reviewing the transcript. Neither the Applicant nor his counsel has photographic memories. This request is based upon the dismissal of Applicant's civil action asserting defamation and the violation of the Privacy Act against Special Counsel Mueller and the Department of Justice, based, in part, on the conclusion that Applicant failed to plausibly plead that the special prosecutors "intentionally or willfully" defamed him in Footnote

112, Vol. II, of the Report on the Investigation into Russian Interference in the 2016 Presidential Election when it mischaracterized his nationality and career focus and implied that he took active steps to suppress the so-called golden-rain tapes. Mem. Ord. at 28 (ECF CM Doc. No. 32). Had the court not erred in dismissing his suit, transcripts of his grand jury testimony would have been produced under a protective order and would have demonstrated plainly the intentional and willful misconduct of the drafters of Footnote 112.

Applicant has appealed the dismissal and the parties have jointly moved the U.S. Court of Appeals for the District of Columbia Circuit to forego a briefing schedule until issues surrounding the review of the grand jury transcript are resolved. After he has reviewed the transcript, Applicant intends to submit an affidavit under seal in his district court suit and ask that it be made part of the record on appeal. Applicant believes the transcript of his grand jury testimony will show unequivocally that the special prosecutors knew that he is not a Russian businessman, he had no personal knowledge of the existence of the purported tapes, and the only information he possessed came from a conversation with a friend who overheard someone discussing the rumored tapes at a nearby dining table, as he repeatedly told the prosecutors.

*Applicant understands the policy reasons surrounding the need to keep grand jury testimony out of the public domain and will destroy all notes taken during the review upon completion of Applicant's declaration.*

For the foregoing reasons, the Applicant respectfully requests that he and his counsel be permitted to take notes during the review.

Respectfully submitted,

/s/ *Jerome A. Madden*
Jerome A. Madden
THE MADDEN LAW GROUP PLLC
1455 Pennsylvania Ave., NW, Suite 400
Washington, DC 20004
(202) 349-9836 (Office)
(703) 444-3567 (Direct)
JMadden@TheMaddenLawGroup.com
District of Columbia Bar No. 272260
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

On December 15, 2021, I, Jerome A. Madden, using the CM ECF system provided a true and accurate copy of this Motion upon counsel for the United States:

Rebecca M. Kopplin
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530

/s/ *Jerome A. Madden*
Jerome A. Madden