UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAND JURY PROCEEDINGS, *et. al.* | Case No. 21-gj-00048-BAH <br><br> **UNDER SEAL** |

**JOINT STATEMENT ON UNSEALING**

Pursuant to the Court's December 29, 2021, Order, the parties submit the following:

The parties do not object to the unsealing of this docket in its entirety.

Dated January 7, 2022

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Jerome A. Madden* <br> JEROME A. MADDEN <br> The Madden Law Group PLLC <br> 1455 Pennsylvania Ave., N.W., STE 400 <br> Washington, D.C. 20004 <br> (202) 349-9836 Office <br> (703) 444-3567 Direct <br> JMadden@TheMaddenLawGroup.com <br> D.C. Bar No. 272260 <br><br> *Counsel for Petitioner* | BRIAN M. BOYNTON <br> Acting Assistant Attorney General <br> Civil Division <br><br> ELIZABETH J. SHAPIRO <br> Deputy Branch Director <br> Federal Programs Branch <br><br> BRIGHAM J. BOWEN <br> Assistant Branch Director <br> Federal Programs Branch <br><br> */s/ Rebecca M. Kopplin* <br> REBECCA M. KOPPLIN <br> Trial Attorney (California Bar No. 313970) <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> 1100 L Street, NW Washington, DC 20005 <br> Telephone: (202) 514-3953 <br> Facsimile: (202) 616-8470 <br> E-mail: rebecca.m.kopplin@usdoj.gov <br><br> *Counsel for the United States* |

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing response was served on counsel for Plaintiff, Jerry Madden, by email on January 7, 2022.

>*/s/ Rebecca M. Kopplin*
>REBECCA M. KOPPLIN