**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GRAND JURY PROCEEDINGS, *et. al.* | Case No. 21-gj-00048-BAH |

## UNOPPOSED MOTION TO FILE UNDER SEAL

Pursuant to Local Civil Rule 5.1(h), the Government respectfully moves this Court for leave to file under seal Mr. Rtskhiladze's Rule 60 motion. Pl.'s Mot. Under R. 60(b)(2) & (6) for Relief Final J. (Pl.'s Rule 60 Mot.), *Rtskhiladze v. Mueller*, No. 20-cv-1591-CRC, ECF No. 37 (D.D.C. filed Jan. 19, 2022), attached as Exhibit A. These documents were sealed by Judge Cooper subsequent to their filing. Minute Order, *Rtskhiladze v. Mueller*, No. 20-cv-1591-CRC, (D.D.C. Jan. 20, 2022).

The Government requests that these documents be filed under seal because they may contain grand jury material that has not been authorized for public disclosure, as discussed in Petitioner's motion for clarification, ECF No. 13, and the Government's response. Filing these documents under seal would permit the Court to consider them in resolving Petitioner's motion for clarification without rendering such clarification moot by publicly disclosing them.

Petitioner does not oppose this request.

Dated January 21, 2022                                          Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

*/s/ Rebecca M. Kopplin*
REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW Washington, DC 20005
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
E-mail: rebecca.m.kopplin@usdoj.gov

*Counsel for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was served on counsel for Plaintiff, Jerry Madden, by email on January 21, 2022.

/s/ Rebecca M. Kopplin
REBECCA M. KOPPLIN