## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| **SEALED,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:21-gj-00048 (BAH) (SEALED)** |
| | ) | |
| **SEALED.** | ) | |
| | ) | |

**APPLICANT:**　　　**Giorgi Rtskhiladze**
　　　　　　　　　　**32 Old Bethel Road**
　　　　　　　　　　**Newtown, CT 06470**

**RELATED CASE:**　*Rtskhiladze v. Mueller, et al.*, No. 1:20-cv-1591 (CRC)

### PETITIONER'S MOTION TO UNSEAL ALL RULE 60(b) MATERIALS
### AND FOR PRODUCTION OF HIS GRAND JURY TRANSCRIPT

Petitioner, Giorgi Rtskhiladze, respectfully moves the Court (i) to unseal all Rule 60(b)

materials, including Petitioner's Declaration, and (ii) for an order requiring the production of his

grand jury transcript.  A Memorandum in Support is filed simultaneously as well as a proposed

order.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　*Jerome A. Madden*
　　　　　　　　　　　　　Jerome A. Madden
　　　　　　　　　　　　　THE MADDEN LAW GROUP PLLC
　　　　　　　　　　　　　1455 Pennsylvania Ave., NW, Suite 400
　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　(202) 349-9836
　　　　　　　　　　　　　JMadden@TheMaddenLawGroup.com
Dated:  January 22, 2022　　　District of Columbia Bar No. 272260

## CERTIFICATE OF SERVICE

I, Jerome A. Madden, hereby certify that on January 22, 2022, I caused to be served using

the CM ECF system a copy of the Motion to Unseal upon the following counsel:

Rebecca M. Kopplin
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C. 20005

David W. Inkeles
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044

*Jerome A. Madden*
Jerome A. Madden