**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| SEALED,                                            ) | |
|                                                         ) | |
|                 v.                                   )            **No. 1:21-gj-00048 (BAH) (SEALED)** | |
|                                                         ) | |
| SEALED.                                          ) | |
| _____ ) | |

**APPLICANT:**     **Giorgi Rtskhiladze**
                            **32 Old Bethel Road**
                            **Newtown, CT 06470**

**RELATED CASE:**   *Rtskhiladze v. Mueller, et al.*, No. 1:20-cv-1591 (CRC)

<u>**NOTICE OF APPEAL**</u>

Notice is hereby given this 7th day of June 2022, that Petitioner Giorgi Rtskhiladze hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final appealable order (CM ECF Nos. 25 & 26) of this Court entered on April 8, 2022.

                                          Respectfully submitted,
                                          */s/ Jerome A. Madden*
                                          Jerome A. Madden
                                          The Madden Law Group PLLC
                                          1455 Pennsylvania Ave., N.W., Ste 400
                                          Washington, D.C 20004
                                          (202) 349-8936 Office
                                          (703) 444-3567 Direct
                                          (703) 444-3567 Facsimile
                                          JMadden@TheMaddenLawGroup.com
                                          D.C. Bar No. 272260

Dated: June 7, 2022

## CERTIFICATE OF SERVICE

I, Jerome A. Madden, counsel for Petitioner, certifies that on June 7, 2022, I caused to be served by CM ECF a copy of Petitioner's Notice of Appeal upon counsel for Respondent:

Rebecca M. Kopplin
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530

/s/ Jerome A. Madden
Jerome A. Madden